Manohar Raju, Public Defender
Matt Gonzalez, Chief Attorney

HAYLEY UPSHAW (SBN #257935)
GENNA BEIER (SBN #300505)
San Francisco Public Defender's Office
555 7th Street
San Francisco, California 94103
Telephone: (415) 754-3762
hayley.upshaw@sfgov.org
genna.beier@sfgov.org

*Pro Bono Attorneys for Petitioner*

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL BARRENECHEA, | CASE NO: 3:25-cv-07883-VC |
| Petitioner, | **AUTHENTICATING DECLARATION OF COUNSEL** |
| vs. | |
| SERGIO ALBARRAN, *et al.*, | |
| Respondents. | |

I, Genna Beier, hereby declare as follows:

1.  My name is Genna Beier. I am employed at the San Francisco Public Defender's Office as an attorney in the Immigration Defense Unit.

2.  I represent Miguel Angel Barrenechea on a pro bono basis in the instant Petition for Writ of Habeas Corpus and Motion for Temporary Restraining Order.

3.  In support of Mr. Barrenechea's Reply to the Government Opposition to the Motion for Temporary Restraining Order, I submit the following exhibits. All of the following exhibits are true and correct copies of the documents listed below:

   F.  Letter from Elyse Graham, Executive Vice President/COO, Five Keys Schools and Programs, dated September 20, 2025

   G.  Letter from Joanna Hernandez, Director of Strategic Partnerships, San Francisco Pretrial Diversion Project, dated September 21, 2025

   H.  Letter from Sierra Kazarian, Assistant Director, Bayshore Navigation Center, Five Keys Schools and Programs

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed on September 22, 2025 in San Francisco, California.

s/ *Genna Beier*
Attorney for Petitioner