UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL BARRENECHEA,<br>         Plaintiff,<br>    v.<br>SERGIO ALBARRAN, et al.,<br>         Defendants. | Case No. 25-cv-07883-VC<br><br>**ORDER REGARDING MOTION FOR EXPEDITED DISCOVERY**<br><br>Re: Dkt. No. 32 |

   The petitioner is entitled to receive the discovery he identifies in his reply brief before the preliminary injunction hearing. However, it appears from the papers that the government is willing to extend the TRO to afford it more time to respond to the discovery requests. If that's true, then there would be no need to order the government to respond to the discovery requests before the hearing that's presently scheduled for December 17, 2025. The petitioner appears to suggest that his upcoming immigration court hearing is a reason to expedite discovery relating to the request for a preliminary injunction in this case, but the Court does not understand how that could be so. Accordingly, the government is ordered to file a letter by November 25, 2025, explaining how much time it needs to provide the discovery identified in the reply brief, proposing a new date for a preliminary injunction hearing after it has responded to the discovery request, and clarifying whether it agrees that the TRO may remain in effect until the new preliminary injunction hearing date.

   **IT IS SO ORDERED.**

Dated: November 24, 2025

VINCE CHHABRIA
United States District Judge