UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL BARRENECHEA,<br><br>    Plaintiff,<br><br>v.<br><br>SERGIO ALBARRAN, et al.,<br><br>    Defendants. | Case No. 25-cv-07883-VC<br><br>**ORDER RE EVIDENTIARY HEARING / PI HEARING AND BARRENECHEA'S MOTION FOR EXPEDITED DISCOVERY**<br><br>Re: Dkt. No. 32 |

    In light of the government's response (Dkt. No. 43), the evidentiary hearing / preliminary injunction hearing is continued to 2/5/26. The Court's 9/22/25 Order granting the TRO shall remain in effect until 5:00 PM on 2/5/26. The government is ordered to provide the discovery sought by Barrenechea, as narrowed in his reply (Dkt. No. 38), by 1/23/26.

    **IT IS SO ORDERED.**

Dated: December 1, 2025

VINCE CHHABRIA
United States District Judge