UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL BARRENECHEA, | Case No.  25-cv-07883-VC |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| SERGIO ALBARRAN, et al., | |
| Defendants. | |

In light of the status report filed by the parties, the petition is dismissed as moot. The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: May 7, 2026

VINCE CHHABRIA
United States District Judge